

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NOS. WR-93,976-02 & WR-93,976-03

## EX PARTE DALE RUNNELS, Applicant

### ON APPLICATIONS FOR WRITS OF HABEAS CORPUS
### CAUSE NOS. 1562658-A & 1562659-B IN THE 179TH DISTRICT COURT
### FROM HARRIS COUNTY

*Per curiam*.

### O R D E R

Applicant pleaded guilty to possession with intent to deliver a controlled substance and felon in possession of a weapon and was originally placed on deferred adjudication community supervision for a period of ten years. Upon adjudication, Applicant was sentenced to twenty five years' imprisonment. Applicant did not appeal his convictions. Applicant filed these applications for writs of habeas corpus in the county of conviction, and the district clerk forwarded them to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

In these applications Applicant raises grounds of involuntary plea, ineffective assistance of counsel, and cumulative prejudice. On November 18, 2022, this Court received Motions to Remand from habeas counsel indicating that a hearing on these applications has been scheduled for January

25, 2023. We remand these applications to the trial court to hold the scheduled hearing, complete its evidentiary investigation, and make findings of fact and conclusions of law.

The trial court shall make findings of fact and conclusions of law within ninety days from the date of this order. The district clerk shall then immediately forward to this Court the trial court's findings and conclusions and the record developed on remand, including, among other things, affidavits, motions, objections, proposed findings and conclusions, orders, and transcripts from hearings and depositions. *See* TEX. R. APP. P. 73.4(b)(4). Any extensions of time must be requested by the trial court and obtained from this Court.


Filed: December 7, 2022
Do not publish